UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| David Randall, | ) |
| | ) Case No. 8:09-CV-73 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Midland Funding, LLC & Messeril & Kramer, P.A., | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the Plaintiff's Motion for Extension of Time to file his Brief Opposing Defendants' Motion to Dismiss and the Award of Attorney's Fees.

The Court, having reviewed the Plaintiff's Motion, and being otherwise fully advised in the premises, finds that the motion should be granted.

IT IS THEREFORE ORDERED, that the Plaintiff is granted until May 20, 2009, to file his Brief in Opposition to Defendants' Motion to Dismiss and for the Award of Attorney's Fees.

Dated this 2nd day of April, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge