IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| David Randall, | ) |
| | ) |
| Plaintiff, | )   Case No. 8:09cv0073 |
| vs. | ) |
| | ) |
| Midland Funding, et. al., | )   **ORDER FOR DISMISSAL** |
| | )        **WITH PREJUDICE** |
| Defendants. | ) |

THIS MATTER came before the Court this 3 day of May, 2010, upon the Stipulation of the parties, pursuant to Fed.R.Civ.P. 41 that this matter has been settled as to all parties and the Complaint shall be dismissed with prejudice.

AND THE COURT, being fully advised in the premises, finds that said Stipulation should be approved and orders that the case should be so dismissed with prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT this case is dismissed with prejudice pursuant to Fed.R.Civ.P. 41, with each party to pay its won fees and costs except as otherwise provided for in the confidential settlement agreement between the parties.

Dated:  May 3, 2010                BY THE COURT:


                        **s/ Joseph F. Bataillon**
                        CHIEF DISTRICT JUDGE

1